UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

CHRISTI A. HARLOW,

                Plaintiff,

        - against -

MOLINA HEALTHCARE, INC.,

                Defendant.

-------------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL**

5:20 Civ. 1382 (FJS)(MJK)

## STIPULATION OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY AGREED AND STIPULATED by Plaintiff Christi A. Harlow and Defendant Molina Healthcare, Inc., by and through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned lawsuit, including any and all claims, counterclaims, and defenses of the parties, is hereby dismissed with prejudice, with each party to bear its own costs and fees incurred in connection with this action, except as to any injunction issued by the Court.

DATED: December 23, 2024

By: _Margaret McIntyre_
Margaret McIntyre, Attorney at Law
596 Henry Street
Brooklyn, New York 11231
Telephone: 212.227.9987
Email: mem596@icloud.com
*Attorney for Plaintiff*

DATED: December 23, 2024

By: _____
Michael Slocum
Robert H. Bernstein
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: 973.443-3509
Email: slocumm@gtlaw.com
*Attorneys for Defendant*

SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

December 26, 2024
_____

DATE